■ In the Matter of DAVID C. KING, Appellant, v CHRISTINE M. KING, Respondent. In the Matter of CHRISTINE M. KING, Respondent, v DAVID C. KING, Appellant. [629 NYS2d 158] —Order unanimously affirmed without costs. Memorandum: Petitioner appeals from an order of Family Court that set aside a custodial arrangement, established by agreement of the parties and incorporated in a court order. He contends that such arrangement "should be changed based only upon ' "countervailing circumstances on consideration of the totality of circumstances" ' " *(Fox v Fox,* 177 AD2d 209, 210-211, quoting

*Friederwitzer v Friederwitzer,* 55 NY2d 89, 95; *see, Matter of Aylesworth v Aylesworth,* 207 AD2d 970). Although a preexisting custodial arrangement should be accorded great weight, Family Court was "in the most advantageous position to evaluate the testimony, character, and sincerity of the parties" *(DeJesus v DeJesus,* 208 AD2d 587, 588, citing *Eschbach v Eschbach,* 56 NY2d 167), and the court's determination should not be disturbed where, as here, it has a sound and substantial basis in the record *(see, Matter of Gloria S. v Richard B.,* 80 AD2d 72, 76). (Appeal from Order of Oswego County Family Court, Auser, J.H.O.—Custody.) Present—Denman, P. J., Green, Pine, Callahan and Davis, JJ.